AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENJAMIN HUNTER,

          Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-136

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 5, 2024, the Court overrules Plaintiff's objections, adopts the Magistrate Judge's Report and Recommendation as it's opinion, and affirms the Commissioner's final decision. This case stands closed.

9/5/2024  
Date

John E. Triplett, Clerk of Court  
Clerk



(By) Deputy Clerk

GAS Rev 10/2020